Stephania Strozik, by John C. Saskowski, Her Guardian ad Litem, Respondent, v. Crosstown Street Railway Company of Buffalo and International Railway Company, Appellants.— Judgment affirmed, with costs. All concurred.

Firestone Tire and Rubber Company of New York, Respondent, v. Dixon Motor Car Company, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

Mary Kuczck, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred. Lambert, J., not sitting.

In the Matter of the Petition of James McLaughlin, Jr., Respondent, for an Inspection of the Books, etc., of the Glenside Woolen Mills. Theodore W. Specht, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Petition of John McLaughlin, Respondent, for an Inspection of the Books, etc., of the Glenside Woolen Mills, Appellant. Theodore W. Specht and Others, Appellants.— Order affirmed, with costs. All concurred.

Foster L. Reigle, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Albert A. Bettinger and Stephen P. Bettinger, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment of Special Term and judgment of Buffalo City Court reversed, and a new trial granted in Buffalo City Court, to be held on the 22d day of October, 1913, at ten A. M., with costs in all courts to appellant to abide the event. Held, that the driver of the wagon was guilty of contributory negligence as matter of law and that his negligence is imputable to the plaintiffs. All concurred.

Jennie G. Bard, as Administratrix, etc., Respondent, v. John Single Paper Company, Limited, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Adam Ogujenovich and Dranginja Ogujenovich, Appellants.— Judgment of conviction and order affirmed. All concurred.

Cornelia M. Mabie, Respondent, v. Edmund Seymour and William S. Harvey, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to appellants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Michele Carnevale, as Administrator, etc., Appellant, v. International Railway Company, Respondent.— Judgment affirmed, with costs. All concurred.

Augusta J. Light, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.